UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

    BELINDA CAROL EWING-DORSEY    CASE NO. 18-49006-PJS
                                                                  CHAPTER 13
                                                                  HONORABLE PHILLIP J. SHEFFERLY

    DEBTOR.
_____/
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
(586) 997-6481
(586) 726-1000
_____/

**AFFIDAVIT OF DEFAULT**

STATE OF MICHIGAN)

COUNTY OF MACOMB)

       Craig S. Schoenherr, Sr. states as follows:

       1.       He is the attorney of record for Santander Consumer USA Inc. ("Creditor") in this matter.

       2.       The Creditor holds a valid, perfected security interest in a certain 2014 GMC Terrain bearing vehicle identification number 2GKFLZE33E6370788.

       3.       On June 21, 2019, an Order for Modification of the Automatic Stay and Resolving Motion for Relief from the Automatic Stay was entered by this Court, requiring Debtor to make the following payments:

      July 7, 2019:       $482.80 plus the regular monthly payment of $514.30 = $997.10
      August 7, 2019:      $482.80 plus the regular monthly payment of $514.30 = $997.10
      September 7, 2019:   $482.80 plus the regular monthly payment of $514.30 = $997.10
      October 7, 2019:     $482.80 plus the regular monthly payment of $514.30 = $997.10
      November 7, 2019:    $482.80 plus the regular monthly payment of $514.30 = $997.10
      December 7, 2019:    $482.80 plus the regular monthly payment of $514.30 = $997.10

4. The Order stated that if the Debtor failed to make any of the above payments, the Automatic Stay of 11 U.S.C. § 362 is terminated upon the submission of an Affidavit of Default to the Court and service of said Affidavit on the Trustee.

5. On February 14, 2020, the Creditor reviewed the Debtor's account, and the account was past due for the November 7, 2019, payment for a total past due of $2,241.10.

6. The Debtor has failed to comply with the terms of the Order.

7. Upon the failure of the Debtor to comply with the terms of the Order, the Automatic Stay of 11 U.S.C. § 362 is terminated as to the interest of Santander Consumer USA Inc. in the 2014 GMC Terrain bearing Vehicle Identification Number 2GKFLZE33E6370788.

        O'REILLY RANCILIO P.C.

        /s/ Craig S. Schoenherr, Sr.
        _____
        CRAIG S. SCHOENHERR, SR. (P32245)
        Attorney for Creditor
        12900 Hall Road, Suite 350
        Sterling Heights, MI 48313-1151
        (586) 726-1000
        ecf@orlaw.com

DATED: February 14, 2020