UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN RE:

| | |
|---|---|
| BELINDA CAROL EWING-DORSEY | CASE NO. 18-49006-PJS |
| | CHAPTER 13 |
| | HONORABLE PHILLIP J. SHEFFERLY |

DEBTOR.
_____/

C. JASON CARDASIS (P54930)
Attorney for Debtor
24100 Woodward Avenue
Pleasant Ridge, MI 48069
(248) 584-2100
--------------------------------
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
O'REILLY RANCILIO P.C.
Sterling Town Center
12900 Hall Road, Suite 350
Sterling Heights, MI 48313-1151
 (586) 726-1000
_____/

**PROOF OF SERVICE OF AFFIDAVIT OF DEFAULT**

CRAIG S. SCHOENHERR, SR., being first duly sworn, deposes and says that on February 14, 2020, a copy of the Affidavit of Default and this Proof of Service was served upon:

| | |
|---|---|
| C. Jason Cardasis | David Wm. Ruskin |
| Attorney for Debtor | Trustee |
| 24100 Woodward Avenue | 26555 Evergreen Rd., Suite 1100 |
| Pleasant Ridge, MI 48069 | Southfield, MI 48076 |

electronically pursuant to the court notice of service, and to those not electronically registered by first class mail, postage fully prepaid thereon.

O'REILLY RANCILIO P.C.

*/s/ Craig S. Schoenherr, Sr.*
CRAIG S. SCHOENHERR, SR. (P32245)
Attorney for Creditor
12900 Hall Road, Suite 350
Sterling Heights, MI  48313-1151
(586) 726-1000
ecf@orlaw.com

DATED:  February 14, 2020